UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ATHEER KHADER,

                                    Case No.      11-12377

        Plaintiff,

v.                                HONORABLE PAUL D. BORMAN

ERIC HOLDER, et al,

        Respondents.
_____/

## JUDGMENT

For the reasons stated in the Opinion and Order, entered on May 07, 2013, denying the Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED and ADJUDGED that JUDGMENT is entered in favor of Respondents and against Petitioner and the case is DISMISSED.

                                      DAVID WEAVER

Dated: May 7, 2013        By: s/Julie Owens
                                        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 7, 2013, by electronic and/or ordinary mail.

                                        S/Julie Owens
                                        Case Manager